UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20434-CV-SCOLA
MAGISTRATE JUDGE REID

BERNARDO DE LA CARIDAD
PAZ-SANTANA,

       Petitioner,

v.

U.S. ATTORNEY GENERAL, et al.,

       Respondents.
_____/

## REPORT OF MAGISTRATE JUDGE

Petitioner brought this case pursuant to 28 U.S.C. § 2241, alleging that he was being unlawfully detained by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). The case should be dismissed without prejudice for failure to prosecute.

Petitioner filed his petition on January 17, 2020. [ECF No. 1 at 8]. At that time, he was housed at Krome Service Processing Center in Miami, Florida. [Id.] He also filed a motion for leave to proceed *in forma pauperis* ("IFP").

On February 5, 2020, the court issued an order denying the IFP motion without prejudice and an order of instructions, as well as an order to show cause to the respondents that was mailed to petitioner. [Cv-ECF Nos. 4, 5, 6]. All of these

orders were returned as undeliverable for petitioner. [Cv-ECF No. 7]. Petitioner has not provided an updated address and the court has not located an updated address. [Id.]

In these circumstances, the case should be dismissed for failure to prosecute. Without the ability to receive the court's mailings, petitioner cannot prosecute this case. Furthermore, petitioner has a duty to maintain current contact information with the court, S.D. Fla. Local Rule 11.1(g), a duty which he has not met. Additionally, although he is appearing *pro se*, petitioner must comply with the Local Rules for this District. *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[O]nce a *pro se* . . . litigant is in court, he is subject to the relevant law and rules of court . . . .").

In sum, it is recommended that this case be DISMISSED without prejudice for failure to prosecute.

It is further recommended that the case be CLOSED.

Objections to this report may be filed with the district judge within fourteen days of receipt of a copy of the report. Failure to file timely objections shall bar petitioner from a *de novo* determination by the district judge of an issue covered in this report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the district judge except upon grounds of plain error or manifest injustice. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 148-53 (1985).

SIGNED this 3rd day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

Bernardo De La Caridad Paz-Santana
A#024-786-906
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194
PRO SE