United States District Court
for the
Southern District of Florida

| Bernardo De La Caridad Paz-Santana, Petitioner, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Civil Action No. 20-20434-Civ-Scola |
| | ) | |
| U.S. Attorney General and others, Respondents. | ) | |

**Order Adopting Magistrate Judge's Report and Recommendation**

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On March 4, 2020, Judge Reid issued a report, recommending that the Court dismiss Petitioner Bernardo De La Caridad Paz-Santana's 28 U.S.C. § 2241 federal habeas corpus petition for his failure to comply with her orders and his failure to prosecute his case. (Report of Mag. J., ECF No. 8.) Paz-Santana has not filed objections to the report and the time to do so has passed.

On February 5, 2020, after evaluating the pleadings in this case, Judge Reid entered (1) an order of instructions, directing Paz-Santana to promptly notify the Court anytime his address changes (ECF No. 4), (2) an order to show cause directed to the Respondents (ECF No. 5), and (3) an order denying Paz-Santana's motion to proceed *in forma pauperis*, directing him to submit his request on the proper form (ECF No. 6). These orders were all mailed to Paz-Santana, at the address he provided, and were all returned as undeliverable. Paz-Santana has not provided an updated address and the Court has not been able to otherwise locate one. As a result, without the ability to receive the Court's mailings, Paz-Santana cannot prosecute his case. Paz-Santana has not complied with his duty to maintain his current contact information with the Court and has not otherwise responded to any of the Court's orders. In light of Paz-Santana's failure to comply with Judge Reid's orders, and in consideration of Judge Reid's report, the record, and the relevant legal authorities, the Court agrees with Judge Reid's recommendations.

The Court thus **affirms and adopts** Judge Reid's report and recommendations (**ECF No. 9**). The Court **dismisses** this case, albeit **without prejudice**.

The Clerk is directed to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on March 25, 2020.

_____
Robert N. Scola, Jr.
United States District Judge